453 A.2d 334

**COMMONWEALTH of Pennsylvania**

v.

**Alfred HOYLE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1982.

Decided Dec. 29, 1982.

Timothy J. Savage, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 274 Pa.Super. 220, 418 A.2d 376.